# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

A. GADLEY ENTERPRISES, INC. D/B/A YOUNG ENVIRONMENT LEARNING CENTER,

     Petitioner

    v.

DEPARTMENT OF LABOR AND INDUSTRY, OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES,

     Respondent

: No. 52 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 2nd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.